In the Matter of the Estate of MARY A. SHAY, Deceased.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

THOMAS J. MAY, Respondent, v. CLARA FIELD, Appellant, JOHN H. MAY, JR., and ANNA E. MADDEN, Defendants.— Motion to dismiss appeal denied, without costs. Memorandum: The voluminous papers embodying the proceedings in the action are not required to be printed but may be handed up upon the argument. In view of the fact that the record is now on file, we deny the motion, in our discretion, so far as it is based upon failure to prosecute promptly. Assuming, without deciding, that the motion so far as it relates to the correctness of the certificate of the clerk is properly addressed to this court, we find no reason to question the correctness of the certificate of the county clerk. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

## FIRST DEPARTMENT, FEBRUARY, 1939.

### (February 3, 1939.)

CHARLES R. STAUFFER, Appellant, *v.* COCA-COLA BOTTLING CO. OF NEW YORK, INC., Respondent.

PER CURIAM. If the accident which caused plaintiff's injury had occurred as testified by his witnesses, a cause of action would have been established. Accordingly, the judgment dismissing the complaint should be reversed. We are, however, of opinion that the verdict of the jury in favor of the plaintiff was against the weight of the evidence, which requires that there be a new trial.

The judgment should be reversed and a new trial ordered, with costs to the appellant to abide the event.

Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., and Townley, J., dissent and vote to affirm.

Judgment reversed and a new trial ordered, with costs to the appellant to abide the event.